**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Adam Collins,<br><br>          Plaintiff,<br>vs.<br><br>Staghorn Petroleum II, LLC,<br>          Defendant. | Case No.: 22-cv-203-JFH-CDL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, which states:

 A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

           Staghorn Petroleum II, LLC
              [name of party]

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

  (Check one) ☐ YES ☒ NO

2. **Does party have any parent corporations?**

  (Check one) ☐ YES ☒ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

  (Check one) ☐ YES ☒ NO

If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this __18__ day of ____July____, 20__22__.

Respectfully submitted,

/s/ *Stephen Q. Peters*
Stephen Q. Peters, OBA No. 11469
Jason A. McVicker, OBA No. 31150
Baum Glass Jayne Carwile & Peters, PLLC
Mid-Continent Tower
401 S. Boston Ave., Suite 2000
Tulsa, OK 74103
(918) 938-7944– telephone
(918) 938-7966 – facsimile
*speters@bgjclaw.com*
*jmcvicker@bgjclaw.com*
***Attorney for Defendant Staghorn Petroleum II, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Jessica N. Vaught

***Attorney for Plaintiff, Adam Collins***

/s/*Stephen Q. Peters*
Stephen Q. Peters